UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-0807 CR-MORENO/DUBÉ

UNITED STATES OF AMERICA,

v.

DONALD H. WARSHAW,

    Defendant.
_____/



### DEFENDANT'S SUPPLEMENTAL NOTICE OF FILING ADDITIONAL LETTERS IN AIDE OF SENTENCING

The Defendant, DONALD H. WARSHAW, by and through his undersigned counsel, respectfully submits his Supplemental Notice of Filing Additional Letters In Aide of Sentencing in the above-referenced case. Pursuant to Rule 32, Federal Rules of Criminal Procedure, the Defendant files these additional letters, attached hereto at Exhibit A (A55 through A57), for the Court's consideration.

                                              Respectfully submitted:

                                              **LASH & GOLDBERG LLP**
                                              Suite 1200, Bank of America Tower
                                              100 S.E. Second Street
                                              Miami, FL 33131
                                              (305) 347-4040 Telephone
                                              (305) 347-4050 Facsimile
                                              Attorneys for Defendant Donald H. Warshaw

                                              By: _____
                                                   **MARTIN B. GOLDBERG**
                                                   Florida Bar No. 0827029
                                                   **JESSICA L. LEYVA**
                                                   Florida Bar No. 153559

CASE NO. 00-0807 CR-MORENO/DUBÉ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via Hand-Delivery this 3rd day of July, 2001 to: Alicia O. Valle and Edward N. Stamm, Assistant United States Attorneys, United States Attorney's Office, Southern District of Florida, 99 N.E. 4th Street, 8th Floor, Miami, FL 33132; and Debra A. Speas, United States Probation Office, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132.

for MARTIN B. GOLDBERG

F:\WPDocs\Warshaw Donald\Sentencing\SupplementalNFiling.wpd

## Index

55. Carpenter, Elena V.
    Mass Media Enterprises Corp.

56. Ketover, Bart, M.D.

57. Menendez, Jose L., Reverend
    Pastor
    Corpus Christi Catholic Church

ATTACHMENT / EXHIBIT _A_



**BRICKELL POST**



**COCONUT GROVE TIMES**



**SOUTH MIAMI TIMES**

MASS MEDIA
ENTERPRISES CORP.
2980 McFarlane Road
Suite 204
Coconut Grove, FL 33133
Tel. (305) 446-1989
Fax (305) 446-1049

June 5, 2001

Honorable Federico A. Moreno
United States District Court
Southern District of Florida
99 NE 4th Street Room 1061
Miami Fl 33132



ATTACHMENT / EXHIBIT 55

Re.: Donald H. Warshaw

Dear Judge Moreno:

Soon you will be faced with the task of sentencing Don Warshaw, to wit, these lines which I hope you will consider.

I will not intend to imply that his alleged actions have not been a source of personal disillusionment; it was a sad day when we were all faced with a situation that again questioned our faith in public officials in light of all those who have been indicted in the last few years. But it would be unfair to group him with other officials who ever so blatantly abused the public trust with a purposeful disregard for the ethics which should govern their office, and without any intent of restitution. Mr. Warshaw's transgressions seem to stem from either carelessness, poor judgement or forgetfulness, and not an intent to defraud, as witnessed by his many checks which repaid most of his charges. Intent should be a factor carefully considered in this case.

As we, the people, sit back and pretend to judge him for his actions, it is well served to look within for any weaknesses which we may ourselves possess, and then seek to balance those with our strengths. Mr. Warshaw's contributions are so many and varied, that regardless of the outcome of this unpleasant situation, he has left the city of Miami a far better place than he found it, after twenty-some years of public service. As a member of the police department, he managed to unite the diverse ethnic factions in this community, causing our multi-culturalism to become an asset and a strength for this community, versus a liability. He honored all colors and cultures not by paying lip service to them, but by insuring that the composition of the police department mirrored the ethnicity of our city, providing equal opportunity, and above all respect, for all. He contributed endless hours to charitable organizations, civic and community associations. And he always took a strong stand against corruption and other forms of egregious behavior.

His contributions to the city as City Manager are still apparent - he not only



**BRICKELL POST**



**COCONUT GROVE TIMES**



**SOUTH MIAMI TIMES**

guided the city out of bankruptcy, but above all left behind an invaluable management team in the administration, that has continued leading our great city towards a state of fiscal stability and a restored national respect.

Don Warshaw is my friend. There are precious few I call friends. And I assure you that just like my friends do, I have lessons to learn, habits to improve, and a list of items which involve things I wish I hadn't done, and would never do again. If you feel that he has in effect learned from this unfortunate situation - and I very strongly believe he has - then please be lenient as you determine his punishment. Please value heavily not only his great contributions to our community which is far better for his presence, but value the fact that he has learned a very difficult lesson in the hell that he has been living in the past year, and has already punished himself far more than you ever will.

This letter has not been an easy one to write, but then again the task that lies ahead for you is not an easy one either. I have watched and respected your judgement in many public cases that have shaped the future of our city. I trust you will continue your legacy in administration of fairness and justice.

Sincerely,

*Elena V. Carpenter*

Elena V. Carpenter

**MASS MEDIA ENTERPRISES CORP.**
2980 McFarlane Road
Suite 204
Coconut Grove, FL 33133
Tel. (305) 446-1989
Fax (305) 446-1049

Dr. & Mrs. Bart Ketover
P. O. Box 686
Rancho Mirage, CA 92270

Honorable Federico A. Moreno
United States District Court of Florida
99 N.E. 4th Street, Room 1061
Miami, Florida 33132

ATTACHMENT / EXHIBIT 5b

June 30, 2001

Dear Sir:

This is a very difficult situation for friends and admirers of Donald H. Warshaw, but we want to take this opportunity to address his overall character and the significant contributions which Mr. Warshaw has made to the City of Miami and implore you to take these facts into consideration in the sentencing process.

As long time residents of South Florida, we witnessed the years of service which Mr. Warshaw provided to the City of Miami Police Department and the role he played in restoring public confidence to that institution. As Chief of Police, he worked tirelessly to serve as an advocate for the citizens of Miami. He was extremely approachable, meeting with members of the community on a regular basis and addressing their concerns.

Chief Warshaw was instrumental in the development and implementation of the "Do The Right Thing" Program because he believed that more attention should be paid to the *good* kids in our community, those who were positive role models for their peers, and because he was committed to forging a bond between law enforcement and children in an effort to address the growing problem of juvenile crime. Mr. Warshaw rallied the support of the corporate sector to stage picnics throughout the neediest areas of Miami, enlisting the participation of police officers to feed and interact with the children, as well as distribute food baskets at Thanksgiving and toys at Christmas. The strength and success of this program is evidenced by the fact that more than twenty chapters have been established throughout the United States and England during the past decade.

Mr. Warshaw's appointment as City Manager came at a very critical point, with the city in financial disarray and the citizenry facing a crisis of confidence. He immediately united the various factions within the community and reestablished governmental stability and fiscal integrity. Those who have dealt with the Miami City Commission know that the City Manager has a daunting role, attempting to balance the concerns of the various Commissioners and the welfare of the community at large. Mr. Warshaw was more than up to the challenge. His dedication, knowledge, and sensitivity enabled him to make tremendous contributions during his tenure.

On a personal note, we have been friends of Donald Warshaw for more than fifteen years. We have always found him to be caring, intelligent, and highly ethical. We cannot help but feel that the present legal circumstance is not reflective of Don's true character and that he is deeply sorry for the poor judgment which he exercised. Hopefully, his superlative and previously unblemished record will be strongly considered when you are deliberating this case.

Respectfully,

*[signatures]*

Dr. & Mrs. Bart Ketover

# CORPUS CHRISTI CATHOLIC CHURCH

June 23, 2001

Honorable Federico A. Moreno
United States District court
Southern District of Florida
99 N.E. 4th Street Room 1061
Miami, FL 33132

ATTACHMENT / EXHIBIT 57

Dear Judge Moreno:

I am writing to you with regards to Mr. Donald H. Warshaw to respectfully provide you with my impressions and opinion of his person.

I have met with Mr. Warshaw on various occasions to discuss several problems concerning the community. On every one of these instances he did his utmost to resolve the situation in an honest a competent manner.

During all the time that I have known Mr. Warshaw, he has been a gentleman both personally and professionally. He was always diligent, courteous, modest and attentive to the needs of the people.

Please review his past successful accomplishments, and good performance and allow him the opportunity to show that he has learned a hard lesson.

I pray that this case is resolved promptly and justly to all parties involved. In the meantime, I ask your benevolence and clemency for this man much needed to his family and the community.

Sincerely yours in Christ,

Rev. José Luis Menéndez
Pastor

3220 N.W. 7 Avenue, Miami, Florida 33127 • Telephone: 305-635-1331 • Fax: 305-635-2031