UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01 JUL -5 PM 2:43

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-0807 CR-MORENO/DUBÉ

UNITED STATES OF AMERICA,

v.

DONALD H. WARSHAW,

　　　　Defendant.
_____/

## DEFENDANT'S SUPPLEMENTAL NOTICE OF FILING
## ADDITIONAL LETTERS IN AIDE OF SENTENCING

The Defendant, DONALD H. WARSHAW, by and through his undersigned counsel, respectfully submits his Supplemental Notice of Filing Additional Letters In Aide of Sentencing in the above-referenced case. Pursuant to Rule 32, Federal Rules of Criminal Procedure, the Defendant files these additional letters, attached hereto at Exhibit A (A58 through A59), for the Court's consideration.

Respectfully submitted:

**LASH & GOLDBERG LLP**
Suite 1200, Bank of America Tower
100 S.E. Second Street
Miami, FL 33131
(305) 347-4040 Telephone
(305) 347-4050 Facsimile
Attorneys for Defendant Donald H. Warshaw

By: _____
**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
**JESSICA L. LEYVA**
Florida Bar No. 153559

CASE NO. 00-0807 CR-MORENO/DUBÉ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via Hand-Delivery this 5th day of July, 2001 to: Alicia O. Valle and Edward N. Stamm, Assistant United States Attorneys, United States Attorney's Office, Southern District of Florida, 99 N.E. 4th Street, 8th Floor, Miami, FL 33132; and Debra A. Speas, United States Probation Office, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132.

for MARTIN B. GOLDBERG

F:\WPDocs\Warshaw Donald\Sentencing\SupplementalNFiling2.wpd

2

## Index

58. Nelson, Julius

59. Taylor, Carol

1





Honorable Judge Federico A. Moreno
United States District Court
Southern District of Florida
99 N.E. 4th Street, Room 1061
Miami, Florida 33132

My name is Bishop Julius Nelson, Overseer of Spirit of Truth Redemption Center, in Miami, Florida.

I am also the President of a Community based organization called the Miami Community Police Benevolent Association.

More specifically, this letter was written on behalf of Mr. Donald H. Warshaw – A good man whom I have had the pleasure of knowing personally for the past fifteen (15) years. Within said period, I have had the pleasure and opportunity to work closely with Mr. Warshaw as he worked closely with various communities throughout the City of Miami.

I have witnessed his commitment in resolving community conflicts and introducing resolutions that would bring a divided City of Miami together.

I have witnessed events where Mr. Warshaw personally promoted police and community relations – bridging gaps between the community and the police department.

It is my strong opinion that the high tension that exists between the community and the police presently might not have manifested if Mr. Warshaw was still in place promoting his sensitive proactive solutions.

I have also known Mr. Warshaw more than a Chief of Police, More than a City Manager, but as a close friend of Miami Communities, schools, colleges, churches, and civil organizations. He, during his tenure was

always accessible to all – the old and the young, always promoting honesty, integrity and immense professionalism.

It is my concern that when considering Mr. Warshaw's current dilemma that you also consider the vast and productive contributions he has made to our community at large.

In closing, I want to thank you for considering my letter on Mr. Warshaw's character. My prayer is that this letter will aide you in your decision as well as shed a positive light on a close friend of the Miami-Dade Community, Mr. Donald H. Warshaw.

Sincerely,

Bishop Julius Nelson



July 5, 2001

The Honorable Federico A. Moreno
United States District Court
Southern District of Florida
99 N.E. 4 Street
Room 1061
Miami, Florida 33132

Dear Judge Moreno,

I have known Donald H. Warshaw for the last twenty years and worked with him extensively on various City of Miami projects. As assistant to mayor's Maurice Ferre and Xavier Suarez from 1981 to 1986 and recently as a member of the CRA Board our paths crossed many times in the pursuit of good and worthwhile projects that benefited the citizens of Miami.

I wish to speak on his behalf at this time and hope that the many good and worthwhile gestures, accomplishments and projects that Mr. Warshaw was involved in will be taken into consideration at this very trying time of his life.

Donald Warshaw is an inherently good person and I hope he will be given the opportunity, as we all deserve, to begin again. I urge you to consider the total person as you make this most important sentencing decision. I know you to be a fair and just individual and am confident that your decision will be a thoughtful one.

Thank you for your time.

Sincerely,

Carole Ann Taylor
President
Miami To Go & Little Havana To Go

210 NORTH BAYSHORE DRIVE
SUITE 2700
MIAMI, FLORIDA 33132
TEL: 305 381 7884
FAX: 305 381 8035
TOLL FREE: 1-866 MIAMI TO GO
e-mail: miamitogo@bellsouth.net