UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-0807 CR-MORENO/DUBÉ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD H. WARSHAW,

    Defendant.
_____/



FILED by _____ D.C.
JUL - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SEALING SUPPLEMENTAL NOTICE OF FILING IN SUPPORT OF DOWNWARD DEPARTURE PURSUANT TO SENTENCING GUIDELINES

THIS CAUSE comes before the Court upon the Joint Motion To Seal Supplemental Notice of Filing In Support of Downward Departure Pursuant to Sentencing Guidelines filed by the United States and Defendant Donald H. Warshaw.

HAVING REVIEWED the Joint Motion, the Supplemental Notice of Filing, the pertinent portions of the record, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the Joint Motion to Seal Supplemental Notice of Filing In Support of Downward Departure Pursuant to Sentencing Guidelines be, and the same is, hereby GRANTED. The Clerk of Court is hereby directed to seal the Supplemental Notice of Filing in this case.

DONE AND ORDERED this 5 day of July, 2001, in Chambers, at Miami, Miami-Dade County, Florida.

                                              FEDERICO MORENO
                                              UNITED STATES DISTRICT COURT JUDGE

cc:   Martin B. Goldberg, Esq.
       Alicia Valle, Esq./Edward Stamm, Esq.
       Debra Speas, United States Probation Officer

F:\WPDocs\Warshaw Donald Sentencing\Order JtMtn2SealNtcFiling.wpd

(Note: doc. already under seal)

86/Y